# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEELLE FINANCIAL CORP., | CASE NO. CV-F-04-6531 AWI-LJO |
| Plaintiff, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | Date: September 7, 2005<br>Time: 8:30 a.m. |
| UNITED STATES OF AMERICA, et. al, | Dept.: 6 (LJO) |
| Defendants. / | |

This Court conducted a June 8, 2005 status conference. Plaintiff Peelle Financial Corp. appeared by telephone by counsel John C. Brown, Jr., Law Office of John C. Brown Jr.  Defendant Richard Bromley Mead appeared by telephone by counsel Richard Lima.  Defendant Paragon Industries, Inc. appeared by telephone by counsel Daniel Rowley, Bacigalupi, Neufeld and Rowley.  Defendant United States of America appeared by counsel Richard Latterell, U.S. Department of Justice, Tax Division.

The parties' counsel discussed settlement of underlying bankruptcy matters which will likely resolve this action and agreed to a further status conference to address outstanding issues.  As such, this Court SETS a status conference for September 7, 2005 at 8:30 a.m. in Department 6 (LJO).  The parties counsel are encouraged to appear at the status conference by arranging a one-line conference call and telephoning the Court at (559) 498-7322.  At the status conference, counsel shall be prepared to discuss the status of settlement of underlying bankruptcy matters and potential dismissal of this action.

IT IS SO ORDERED.

**Dated:   June 8, 2005**                         /s/ Lawrence J. O'Neill
66h44d                                        UNITED STATES MAGISTRATE JUDGE

1