IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEELLE FINANCIAL CORP., | CASE NO. CV-F-04-6531 AWI-LJO |
| Plaintiff, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | Date: September 19, 2005<br>Time: 1:30 p.m. |
| UNITED STATES OF AMERICA, et. al, | Dept.: 6 (LJO) |
| Defendants. / | |

This Court conducted a September 7, 2005 status conference. Plaintiff Peelle Financial Corp. did not appear. Defendant Richard Mead appeared by telephone by counsel Richard Lima. Defendant Kathy Mead appeared by telephone by counsel Peter Bunting. Defendant Paragon Industries, Inc. appeared by telephone by counsel Daniel Rowley, Bacigalupi, Neufeld and Rowley. Defendant United States of America appeared by counsel Richard Latterell, U.S. Department of Justice, Tax Division. Interpleader Nelson Enmark appeared by counsel Jim Flanagan.

The parties' counsel discussed settlement of underlying bankruptcy matters and delay to complete such settlement and in turn dismissal of this action. As such, this Court SETS a status conference for September 19, 2005 at 1:30 p.m. in Department 6 (LJO) at which defendant Richard Mead and his counsel Richard Lima shall appear in person. Other counsel may appear at the status conference by arranging a one-line conference call and telephoning the Court at (559) 498-7322. At the status conference, counsel shall be prepared to discuss the status of settlement of underlying bankruptcy matters and potential dismissal of this action.

This Court will vacate the status conference if no later than September 16, 2005, Richard Lima

1  and attorney Michael Hertz telephone the Court at (559) 498-7322 to advice that all underlying
2  bankruptcy matters have been resolved and that this action will soon be dismissed.
3     IT IS SO ORDERED.
4  **Dated:   September 7, 2005**           /s/ Lawrence J. O'Neill
   66h44d                        UNITED STATES MAGISTRATE JUDGE