**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PEELLE FINANCIAL CORP.,<br><br>                    Plaintiff,<br>     vs.<br><br>UNITED STATES OF AMERICA,<br>et. al,<br><br>                    Defendants.<br>_____/ | CASE NO. CV-F-**04-6531 AWI-LJO**<br><br>**ORDER SETTING STATUS CONFERENCE**<br><br>Date: October 7, 2005<br>Time: 8:30 a.m.<br>Dept.: 6 (LJO) |

At the September 19, 2005 status conference, the Court was informed that the case was ready to be dismissed and that the dismissal would filed within two days. To date, the dismissal has not been filed. Accordingly, this Court SETS a status conference for October 7, 2005 at 8:30 a.m. in Department 6. Counsel for plaintiff, John Clark Brown, is ORDERED to personally appear at the conference. All other counsel may appear at the conference by arranging a one line conference call and telephoning the Court at (559) 498-7322. If the dismissal of the case is filed prior to the status conference, the Court will vacate the conference.

IT IS SO ORDERED.

**Dated:   September 26, 2005**                      **/s/ Lawrence J. O'Neill**
b9ed48                                                                UNITED STATES MAGISTRATE JUDGE

1