1 | John Clark Brown, Jr.
Attorney at Law
2 | 5701 West Slauson Avenue,
Suite 120
3 | Culver City, CA 90230
Telephone:  (310) 410-8400
4 | Facsimile:  (310) 410-0800
State Bar No. 050204
5 |
Attorney for Plaintiff,
6 | PEELLE FINANCIAL CORPORATION

FILED

2005 SEP 27 P 2: 45

CLERK, US DIST. COURT
E...... ........ CALIF

BY .............

LODGED

SEP 2 3 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11 | PEELLE FINANCIAL CORPORATION,

12 |

13 |                    Plaintiff,

14 |          v.

15 | UNITED STATES OF AMERICA;
PARAGON INDUSTRIES, INC.;
16 | RICHARD B. MEAD; and KATHY ANN
PHELPS-MEAD,
17 |

18 |                    Defendants.

19 |

Case No. CIV-F-04-6531 AWI LJO
[Honorable Lawrence J. O'Neill,
United States Magistrate Judge]

[~~PROPOSED~~] ORDER OF DISMISSAL BY
COURT
[FRCP 41(a)(2)]

20 |     Upon the request of all parties and good cause appearing

21 | therefore, IT IS ORDERED that this case is dismissed pursuant

22 | to FRCP 41(a)(2).

23 | DATED:    9-27-05

24 |
                                    HON. ~~LAWRENCE J. O'NEIL~~
25 |                                 UNITED STATES ~~MAGISTRATE~~ JUDGE
                                    ANTHONY W. Ishii
26 |

The original of this document is deficient
for the following reason:
_____ Not signed _____ Not original signature
_____ No Proof of Service ✓ not signed
Other: _____

27 |

28 |